# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No.  13-cv-02620-LTB

MARTIE PALSER,

      Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

      Defendant.

_____

# ORDER
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal (Doc 4 - filed January 21, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   January 22, 2014